DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KELLY TAFFE,**
Appellant,

v.

**WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
ASSET BACKED FUNDING CORPORATION ASSET-BACKED
CERTIFICATES SERIES 2007-NCI,**
Appellee.

No. 4D19-350

[February 13, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Mirman, Judge; L.T. Case No. 2018-CA-000996.

Kelly Taffe, Port St. Lucie, pro se.

Kimberly S. Mello of Greenberg Traurig, P.A., Orlando, and Joseph H. Picone of Greenberg Traurig, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***